

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE HUMBERTO ZARAGOZA FUENTES, | § | No. 08-16-00288-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 448th District Court |
| | § | |
| PEDRO ZARAGOZA FUENTES, RANCHO PRODUCTOR DE LECHE | § | of El Paso County, Texas |
| ZARAGOZA HERMANOS, S.A. DE | | (TC# 2012-DCV04174) |
| C.V., AND ZARGEO, INC., | § | |
| | § | |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court are two motions to dismiss. The first is a motion filed by Appellant, Jorge Humberto Zaragoza Fuentes, to dismiss his appeal. *See* TEX.R.APP.P. 42.1(a)(1). The Cross-Appellants, Pedro Zaragoza Fuentes and Zargeo, Inc., have also filed a motion to dismiss their cross-appeal. We grant both motions and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

December 14, 2016

                    YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.